IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JASON VANDEN HEUVEL, on behalf
of himself and all others similarly situated,

                Plaintiff,

v.                                                     CIVIL ACTION NO. 3:16-1839

NAVY FEDERAL CREDIT UNION,
CUNA MUTUAL GROUP,
CUNA MUTUAL INSURANCE AGENCY, INC.,

                Defendants.

**ORDER**

Pending is "Defendants CMFG Life Insurance Company and CUNA Mutual Insurance Agency, Inc.'s Motion to Withdrawal Docket Nos. 17 and 19 and Replace them with Docket Numbers 22 and 23." ECF No. 24. According to the motion, docket numbers 22 and 23 are corrected versions of what was filed as docket numbers 17 and 19. As all these documents are already a part of the record of this case, the Court cannot "withdraw" documents 17 and 19 and replace them with 22 and 23. Instead, the Court will **DENY AS MOOT** documents 17 and 19 and will consider documents number 22 and 23 as the pending motions.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

                                    ENTER:     April 6, 2016

                                    ROBERT C. CHAMBERS, CHIEF JUDGE