IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

JASON VANDEN HEUVEL,
On behalf of himself and all others Similarly situated,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 3:16-cv-01839
　　　　　　　　　　　　　　　　　　　　　　Judge: Robert C. Chambers

NAVY FEDERAL CREDIT UNION,
CUNA MUTUAL
GROUP, and
CUNA MUTUAL INSURANCE
AGENCY, INC.,

    Defendants.

## ORDER GRANTING MOTION TO ALLOW THE PLAINTIFF TO FILE OPPOSITION MEMORANDUM TO CMFG LIFE INSURANCE COMPANY AND CUNA MUTUAL INSURANCE AGENCY, INC.'S MOTION TO DISMISS IN EXCESS OF TWENTY PAGE LIMIT

The court, having considered the Plaintiff's Motion to Allow the Plaintiff to File Opposition Memorandum to CMFG Life Insurance Company and CUNA Mutual Insurance Agency, Inc.'s Motion to Dismiss in Excess of Twenty Page Limit does hereby grant the Motion and does Order as follows:

Plaintiff shall be allowed to file his Opposition Memorandum of Law in excess of twenty (20) pages to the Defendants' pending Motion to Dismiss. The Court accepts the Plaintiff's representation that further pagination is necessary to address the all grounds raised by the Defendants in the pending Motion to Dismiss. The Plaintiff's Opposition Memorandum shall not exceed twenty-three (23) pages excluding the Certificate of Service.

ENTER: May 23, 2016

_____
ROBERT C. CHAMBERS, CHIEF JUDGE